1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

CHRISTINA RITTER HOOK,

Case No.:  24-CV-1939 JLS (KSC)

12

Petitioner,

13

v.

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

14

MICHAEL RODDY, et al.,

15

Respondents.

16

17    Presently before the Court is *pro se* Petitioner Christina Ritter Hook's Petition for a

18   Writ of Habeas Corpus ("Pet.," ECF No. 1), filed pursuant to 28 U.S.C. § 2254.  For the

19   reasons discussed below, the Court dismisses the case without prejudice.

20            **FAILURE TO SATISFY THE FILING FEE REQUIREMENT**

21    Petitioner has failed to pay the $5.00 filing fee and has failed to move to proceed *in*

22   *forma* pauperis.  The Court cannot proceed until Petitioner has either paid the $5.00 filing

23   fee or has qualified to proceed *in forma pauperis*. *See* R. 3(a), Rules Governing Section

24   2254 Cases (2019).  Accordingly, the instant case is subject to dismissal for failure to

25   satisfy the filing fee requirement.

26                        **BASIS FOR PETITION**

27    In the Petition, Petitioner seeks habeas relief "from unlawful incarceration in

28   violation of church and state separate and in violation of Article VI section III of the United

1

1  States Constitution" and asserts she "is being unlawfully detained," citing case numbers

2  CN443326 and SCN457249.  Pet. at 1.  Meanwhile, the San Diego County Sheriff's

3  Department's website reflects that Petitioner was arrested by the San Diego Sheriff Office,

4  was booked on September 17, 2024, is being held on $101,000 bail, and that Petitioner's

5  cases, case numbers CN443326 and SCN457249, are set to be heard in San Diego Superior

6  Court for further proceedings on November 15, 2024, on a misdemeanor charge of petty

7  theft and a felony charge of second degree robbery pursuant to Cal. Penal Codes

8  §§ 484–490.5 and 211, respectively.  *See* Sheriff's Who is in Jail, San Diego County

9  Sheriff's Department, https://apps.sdsheriff.net/wij/wij.aspx (last visited October 22,

10  2024).  While Petitioner alleges she is being held in custody in violation of the United

11  States Constitution, she is not currently in custody pursuant to the judgment of a state court.

12  Thus, any federal habeas challenge to Petitioner's current detention is properly brought

13  under 28 U.S.C. §  2241, not 28 U.S.C. § 2254.  As the Ninth Circuit has explained:

14          Section 2254 is properly understood as "in effect implement(ing)

15          the general grant of habeas corpus authority found in § 2241, as

16          long as the person is in custody pursuant to the *judgment* of a

17          state court, and not in state custody for some other reason, such

18          as pre-conviction custody, custody awaiting extradition, or other

19          forms of custody that are possible without a conviction.

20  *White v. Lambert*, 370 F.3d 1002, 1006 (9th Cir. 2004) (quoting *Walker v. O'Brien*, 216

21  F.3d 626, 633 (7th Cir. 2000) (additional citations omitted)).

22          "Subject matter jurisdiction under the federal habeas corpus statute, 28 U.S.C.

23  § 2254(a), is limited to those persons 'in custody pursuant to the judgment of a State.'"

24  *Brock v. Weston*, 31 F.3d 887, 889 (9th Cir. 1994); *see also* 28 U.S.C. § 2241(c)(3).  It is a

25  jurisdictional requirement that, at the time a habeas petition is filed, "the habeas petitioner

26  be 'in custody' under the conviction or sentence under attack."  *Maleng v. Cook*, 490 U.S.

27  488, 490–91 (1989) (citing 28 U.S.C. §§ 2241(c)(3) & 2254(a)); *see Carafas v. LaVallee*,

28  391 U.S. 234, 238 (1968).  Accordingly, if Petitioner seeks to challenge the

constitutionality of her pre-trial detention, she must file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, not 28 U.S.C. § 2254.

**CONCLUSION**

For the reasons discussed above, the Court **DISMISSES** the case without prejudice. *For Petitioner's convenience, the Clerk of Court is directed to send Petitioner a blank* **In Forma Pauperis** *Application and a blank 28 U.S.C. § 2241 Habeas Petition form together with a copy of this Order.*

**IT IS SO ORDERED.**

Dated:  October 25, 2024

Hon. Janis L. Sammartino
United States District Judge

24-CV-1939 JLS (KSC)